GENERAL ACCIDENT INS. CO. OF AM. v. MSL ENTERS., INC.

No. 112P99-2

Case below: 143 N.C. App. 453

Petition by third-party defendants and third-party plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 30 August 2001.

HAKER-VOLKENING v. HAKER

No. 363P01

Case below: 143 N.C. App. 688

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

HILL v. WILLIAMS

No. 352P01

Case below: 144 N.C. App. 45

Petition by defendants/third party plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

IN RE APPEAL OF WINSTON-SALEM JOINT VENTURE

No. 467P01

Case below: 144 N.C. App. 706

Motion by respondent to dismiss the appeal for lack of substantial constitutional question allowed 4 October 2001. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.

IN RE COOPER

No. 473P01

Case below: 145 N.C. App. 502

Petition by respondent (Marcia Bean Cooper) for discretionary review pursuant to G.S. 7A-31 denied 4 October 2001.